CHARLES H. POND, Respondent and Appellant, *v.* NEW ROCHELLE WATER COMPANY, Appellant and Respondent.

*Pond* v. *New Rochelle Water Co.*, 143 App. Div. 69; affirmed.
(Argued October 22, 1912; decided November 19, 1912.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 21, 1911, modifying and affirming as modified a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action brought by the plaintiff, as a private consumer of water within the village of Pelham Manor, to obtain a judgment permanently enjoining the defendant from enforcing the collection of rates and terms, other than those made in October, 1894, in the village of Pelham Manor, by the New York and Westchester Water Company, under the provisions of a certain contract between and franchise by the village of Pelham Manor to the New York City District Water Supply Company, made and granted of that date, and under the extension of that contract for a public supply thereafter to October 22, 1924, carrying with it an extension of the said rate and terms to private consumers.

*John J. Crennan* and *Edwin T. Rice* for defendant, appellant and respondent.

*Henry G. K. Heath* for plaintiff, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.